AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| STRAX AMERICAS, INC., a Florida corporation, STRAX HOLDING GMBH, a foreign corporation, and GEAR4 HK LTD, a foreign limited liability company, <br><br> *Plaintiff(s)* <br> v. <br><br> TECH 21 LICENSING LTD., a foreign corporation, and TECH 21 UK LTD., a foreign corporation, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:16-cv-25369-RNS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Tech 21 Licensing Ltd.
Eel Pie Island,
Twickenham, Middlesex
United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    John Cyril Malloy, III
Oliver Alan Ruiz
W. John Eagan
Malloy & Malloy, P.L.
2800 S.W. Third Avenue
Miami, Florida 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   12/29/2016

*CLERK OF COURT*



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| STRAX AMERICAS, INC., a Florida corporation, STRAX HOLDING GMBH, a foreign corporation, and GEAR4 HK LTD, a foreign limited liability company, <br><br> *Plaintiff(s)* <br> v. <br><br> TECH 21 LICENSING LTD., a foreign corporation, and TECH 21 UK LTD., a foreign corporation, <br> *Defendant(s)* | Civil Action No. 1:16-cv-25369-RNS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Tech 21 UK Ltd.
Eel Pie Island,
Twickenham, Middlesex
United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Cyril Malloy, III
Oliver Alan Ruiz
W. John Eagan
Malloy & Malloy, P.L.
2800 S.W. Third Avenue
Miami, Florida 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/29/2016



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts